957

No. 74–989.  UNITED STATES CLAY PRODUCERS TRAFFIC ASSN., INC., ET AL. v. CENTRAL OF GEORGIA RAILROAD CO. ET AL.  Affirmed on appeal from D. C. D. C.  MR. JUSTICE POWELL took no part in the consideration or decision of this appeal.

No. 74–955.  ART THEATER GUILD, INC., ET AL. v. OHIO EX REL. SCHOEN; and

No. 74–956.  ART THEATER GUILD, INC., ET AL. v. OHIO EX REL. ANDERSON.  Appeals from Ct. App. Ohio, Lucas County, dismissed for failure to file notices of appeal within the time provided by this Court's Rule 11 and 28 U. S. C. § 2101 (c).

No. 74–1197.  WHITE v. McINTOSH ET AL.  Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–5852.  WHITMARSH v. MASSACHUSETTS.  Appeal from Dist. Ct. N. Norfolk County dismissed for want of jurisdiction.

No. 74–6015.  CROSS v. VILLEGAS ET AL.  Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.

No. 74–6233.  MANION v. MILBREN, INC.  Appeal from C. A. 4th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–691.  SCHMIDT, SECRETARY, DEPARTMENT OF HEALTH AND SOCIAL SERVICES OF WISCONSIN, ET AL. v.